UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 6:23-CR-055-CHB |
| | ) | |
| v. | ) | |
| | ) | **ADOPTING RECOMMENDATION** |
| HERBERT ALLEN | ) | **OF ACCEPTANCE OF GUILTY PLEA** |
| aka HERBIE, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

After conducting proceedings under Rule 11, *see* [R. 46], United States Magistrate Judge Hanly A. Ingram recommended that the undersigned accept Defendant Herbert Allen's guilty plea and adjudge him guilty of Count One of the Indictment. *Id.* at 2. The magistrate judge informed Defendant of each of the subjects mentioned in Rule 11 and determined that the conditional guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. *Id.* at 1–2. The magistrate judge therefore recommended that the plea of guilty be accepted by the undersigned. *Id.* at 2. Judge Ingram imposed a three-day deadline for any objection. *Id.* at 3. That deadline has passed, and neither the defendant nor the United States has objected.

The Court is not required to "review … a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn,* 474 U.S. 140, 150 (1985); *see also United States v. Walters,* 638 F.2d 947, 949–50 (6th Cir. 1981) (holding that a failure to file objections to a magistrate judge's recommendation waives

the right to appellate review); Fed. R. Crim. P. 59(b)(2)–(3) (limiting *de novo* review duty to

"any objection" filed); 28 U.S.C. § 636(b)(1) (limiting *de novo* review duty to "those portions"

of the recommendation "to which objection is made").

     Accordingly, and the Court being otherwise advised,

     **IT IS HEREBY ORDERED** as follows:

     1.    The Court **ADOPTS** the Recommendation of Acceptance of Guilty Plea, [**R. 46**],

**ACCEPTS** Defendant Herbert Allen's guilty plea, and **ADJUDGES** him guilty of Count One of

the Indictment to which he pleaded.  The Court will issue a separate sentencing order.

     This the 30th day of September, 2024.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:  Counsel of Record
     United States Probation